2
EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: Edmund.Gee@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 19-22888 |
| | Chapter 7 |
| Esplanade Enterprises, Inc., | DC NO.: UST-1 |
| Debtor. | |

**UNITED STATES TRUSTEE'S *EX PARTE*
MOTION TO REOPEN CASE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

　　Tracy Hope Davis, United States Trustee for Region 17, moves to reopen this case pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, on the following grounds:

　1.　On May 6, 2019 the Debtor filed a petition under chapter 7 of the Bankruptcy Code in this case.

　2.　A Final Decree ordering that this estate be closed and that the Trustee be discharged was entered on May 17, 2021 (ECF No. 56).

1

3. After the case was closed, the Office of the United States Trustee was informed that an interest in a claim which appears to constitute property of the estate under 11 U.S.C. § 541(a) was not disclosed in the Debtor's bankruptcy schedules in this case.

4. The United States Trustee requests the case be reopened pursuant to 11 U.S.C. § 350(b) and Fed.R.Bankr.P. 5010, to allow any funds resulting from the alleged property of the estate to be administered by the trustee for the benefit of the creditors.

5. In the event the case is reopened, the United States Trustee requests that the Court order the appointment of a trustee. A trustee is necessary at this time to evaluate the alleged property of the estate, protect the interests of creditors and the Debtor, and ensure efficient administration of the estate.

WHEREFORE, the United States Trustee requests that her motion to reopen this case be granted, and that she have such other and further relief as is just.

Dated: April 12, 2023                    Respectfully submitted,

                                                         Edmund Gee
                                                       Assistant United States Trustee

                                                       By: /s/ Edmund Gee
                                                     Edmund Gee

                                                       Attorney for Tracy Hope Davis,
                                                     United States Trustee