FORM L147 Order Reopening Case (v.3.16) 　　　　　　　　　　　　　　　　19–22888 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER REOPENING CASE

**Case Number:** 19–22888 – B – 7

**Debtor Name(s) and Address(es):**

Esplanade Enterprises, Inc.
1355 East Eaton Road, Suite A
Chico, CA 95973

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Merit Medi–Trans

**IT IS ORDERED** that the above–entitled case is hereby reopened.

**IT IS FURTHER ORDERED** that the United States Trustee is authorized to appoint a trustee in this case.

Dated: 4/12/23

ORDERED PURSUANT TO THE COURT'S GENERAL ORDER THAT DELEGATES AUTHORITY TO THE CLERK OF THE BANKRUPTCY COURT AND HIS DEPUTIES
WAYNE BLACKWELDER, CLERK

By: __msts_____
　　　　Deputy Clerk